Lawrence J. Dreyfuss, Bar No. 76277
THE DREYFUSS FIRM
A Professional Law Corporation
7700 Irvine Center Drive, Suite 710
Irvine, California  92618
(949) 727-0977; Facsimile (949) 450-0668

Attorneys for Defendant T.D. Service Company

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JANUARY, | Case No.: SACV11-1133-AG (RNBx) |
| Plaintiff, | |
| vs. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| BANK OF AMERICA, N.A., TD SERVICE COMPANY, | |
| Defendants | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant T.D. Service Company by and through its undersigned counsel, pursuant to FRCP § 7.1, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the court to evaluate possible disqualification or recusal:

1.    Christopher January – Plaintiff.

2.    T.D. Service Company, a California corporation wholly owned by T.D. Service Financial Corp., which is primarily owned by Dale Dykema, Patrick Dobiesz and Sandra Medina – Defendant.

1

      3.    Bank of America, N.A. – Defendant.

2

3

4   DATED: August _16_, 2011

5

                                      THE DREYFUSS FIRM
                                      A Professional Law Corporation

6

7                                      By:  LAWRENCE J. DREYFUSS
                                      Attorneys for Defendant

8                                      T.D. Service Company

9

10

11

12  1040-2621

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE (By Mail)
(CCP Section 1013a(3))

I am over the age of 18, and I am not a party to the within action.  I am employed by THE DREYFUSS FIRM. PLC, in the County of Orange, at 7700 Irvine Center Drive, Suite 710, Irvine, CA 92618.

On August 16, 2011, I served the attached: **Certification and Notice of Interested Parties** on the interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Christopher January**
**1417 South Ridgeley Drive**
**Los Angeles, CA 90019**

[ X ]   **(By Mail)**   I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of THE DREYFUSS FIRM, PLC at the address set forth above, for deposit in the United States Postal Service.  I am readily familiar with the practice of THE DREYFUSS FIRM, PLC for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **(By Facsimile Transmission)**   I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to California rules of Court, Rule 2009(i)2, from facsimile machine number (949) 450-0668.  The facsimile machine I used complied with California Rules of Court, Rule 2003(3), and no error was reported by the machine.  Pursuant to Rule 2009(i)4, I caused the machine to print a transmission record of the transmission

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on August 16, 2011, at Irvine, California.

_____
Roma Klein