# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-1133-AG(RNBx) | Date | September 12, 2011 |
| Title | CHRISTOPHER JANUARY v BANK OF AMERICA, NA, ET AL | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Christopher January, Pro Se

**Proceedings:**   1. SCHEDULING CONFERENCE
2. PETITIONER'S MOTION FOR CHANGE OF VENUE/DISTRICT [DKT #7]

Cause is called for hearing and counsel make their appearances. Plaintiff makes his appearance. Plaintiff's motion for change of venue is DENIED. Plaintiff is advised that he make appear telephonically at future hearings.

The Court sets the following dates:

Discovery Cutoff is June 18, 2012.

A Final Pretrial Conference is set for August 27, 2012, at 8:30 a.m.

A Jury Trial is set for September 18, 2012 at 9:00 a.m. Court sets the length of the trial at 4 days.

Scheduling Order Specifying Procedures is signed and filed this date.

SC: 10 min
Mtn: 5 min

: 15

Initials of Preparer  lmb