1  Lawrence J. Dreyfuss, Bar No. 76277
   THE DREYFUSS FIRM
2  A Professional Law Corporation
3  7700 Irvine Center Drive, Suite 710
   Irvine, California  92618
4  (949) 727-0977; Facsimile (949) 450-0668

5
   Attorneys for Defendant T.D. Service Company
6

7
                    UNITED STATES DISTRICT COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9

10

11 | CHRISTOPHER JANUARY,           ) Case No.: SACV11-1133-AG (RNBx)
                                    )
12 |          Plaintiff,             )
       vs.                          ) JUDGMENT OF DISMISSAL WITH
13 |                                ) PREJUDICE OF SECOND AMENDED
                                    ) COMPLAINT PURSUANT TO FRCP RULE
14 | TD SERVICE COMPANY,            ) 12(b)(6)
                                    )
15 |          Defendants             )
                                    )
16                                  )
                                    )
17                                  )

18

19      The court having considered all submissions concerning the motion by Defendant T.D.

20 Service Company to dismiss plaintiff's Second Amended Complaint pursuant to FRCP Rule

21 12(b)(6), to which no opposition was filed by Plaintiff Christopher January, judgment is hereby

22 entered in favor of Defendant T.D. Service Company and against Plaintiff Christopher January

23 as follows:

24      1.    Plaintiff's cause of action for fraud by non-disclosure, including its subparts, is

25 hereby dismissed with prejudice and without leave to amend as not stating a proper claim against

26 T.D. Service Company.

27      2.    Plaintiff's cause of action for conversion is hereby dismissed with prejudice and

28 without leave to amend as not stating a proper claim against T.D. Service Company.

3. Plaintiff's cause of action for equitable estoppel is hereby dismissed with prejudice and without leave to amend as not stating a proper claim against T.D. Service Company.

4. Plaintiff's cause of action for negligence/negligence per se is hereby dismissed with prejudice and without leave to amend as not stating a proper claim against T.D. Service Company.

5. Plaintiff's cause of action for unjust enrichment is hereby dismissed with prejudice and without leave to amend as not stating a proper claim against T.D. Service Company.

6. Plaintiff's cause of action for breach of the implied covenant of good faith and fair dealing, including its subparts, is hereby dismissed with prejudice and without leave to amend as not stating a proper claim against T.D. Service Company.

7. Plaintiff's cause of action for intentional infliction of emotional distress is hereby dismissed with prejudice and without leave to amend as not stating a proper claim against T.D. Service Company.

Based upon these dismissals of all of plaintiff's claims, judgment is hereby entered in favor of Defendant T.D. Service Company and against Plaintiff Christopher January. Defendant T.D. Service Company is the prevailing party in this action.

DATED: January 19, 2012

_____
Judge of the United States District Court

1040-2621